# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 11, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152523

In re R. HERNANDEZ, Minor.

SC: 152523
COA: 324359
Arenac CC Family Division:
14-012626-NA

_____/

On order of the Court, the application for leave to appeal the September 15, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 11, 2015



Clerk

s1208